※ AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

**NEW HEART CORPORATION** Plaintiff(s),

v.

**UNIVERSAL SALES COMPANY** Defendant(s).

CONSENT ORDER ~~GRANTING~~ **DENYING** SUBSTITUTION OF ATTORNEY

CASE NUMBER: 5-09-CV-05923RS

Notice is hereby given that, subject to approval by the court, __NEW HEART CORPORATION__ substitutes
(Party (s) Name)

**SU-HSIN YANG** , ~~State~~ **TAIWANESE** Bar No. __82-2358__ as counsel of record in
(Name of New Attorney)

place of __DUYEN HOANG NGUYEN and BRIAN MINH NGO__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: **DARGUAN LAW OFFICE**

Address: 4F, No.312-3, Xianfu Rd, Taoyuan City, Taoyuan Country 330, Taiwan

Telephone: 886-3-338-1986    Facsimile 886-3-338-0068

E-Mail (Optional): ll368@ms15.hinet.net

HUI-JEN YANG for NEW HEART CORPORATION

I consent to the above substitution.
Date: 7/16/10

x _[signature]_
(Signature of Party (s))

_[signatures: Duyen Nguyen, Brian Ngo]_

I consent to being substituted.
Date: 7/19/10

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/16/10

x _SU-SHIN YANG_
(Signature of New Attorney)

The substitution of attorney is hereby ~~xxxxxxxxxxxxxxxxxxxx~~ **denied without prejudice. Counsel must make make a showing of eligibility to appear in this Court, under Civil Local Rule 11.**

Date: August 23, 2010

_[signature]_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]